# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL D.S. EDWARDS,
                Appellant,
    vs.
TIMESHARE LIQUIDATORS, LLC,
A/D/B/A TLC RESORT LIQUIDATORS,
A/D/B/A TLC RESORTS, A/D/B/A TLC
RESORTS VACATION CLUB, A/D/B/A
TLC RESORTS VACATION CLUB, LLC,
A/D/B/A TLC TRAVEL, A/D/B/A
TLCRESORTS.COM, A/D/B/A VIP
TRAVEL, A/D/B/A VIP VACATIONS;
STANLEY C. MULLIS, A/K/A STANLEY
MULLIS, A/K/A STAN MULLIS; AND
ANGEL MULLIS, A/K/A ANGEL C.
MULLIS, A/K/A ANGEL SANTILLI,
                Respondents.

No. 81595

FILED

MAR 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

PAUL D.S. EDWARDS,
                Appellant,
    vs.
TIMESHARE LIQUIDATORS, LLC,
A/D/B/A TLC RESORT LIQUIDATORS,
A/D/B/A TLC RESORTS, A/D/B/A TLC
RESORTS VACATION CLUB, A/D/B/A
TLC RESORTS VACATION CLUB, LLC,
A/D/B/A TLC TRAVEL, A/D/B/A
TLCRESORTS.COM, A/D/B/A VIP
TRAVEL, A/D/B/A VIP VACATIONS;
STANLEY C. MULLIS, A/K/A STANLEY
MULLIS, A/K/A STAN MULLIS; AND
ANGEL MULLIS, A/K/A ANGEL C.
MULLIS,
                Respondents.

No. 81759

22-07658

## ORDER DISMISSING APPEALS

These are consolidated pro se appeals from a final judgment and a postjudgment award of attorney fees. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

On November 23, 2021, this court entered an order reinstating briefing that, among other things, directed appellant to file and serve the opening brief on or before December 21, 2021. Thereafter, appellant obtained a telephonic extension of time, making the opening brief due on or before January 4, 2022. When appellant failed to timely file the opening brief, this court entered an order on January 28, 2022, directing appellant to file the opening brief within 7 days. Pursuant to that order the brief was due by February 4, 2022. This court cautioned appellant that failure to timely file the brief could result in dismissal of these appeals. To date, appellant has failed to file the opening brief or otherwise communicate with this court; accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon


cc:    Hon. Nancy L. Allf, District Judge
       Paul D.S. Edwards
       Clark McCourt, LLC
       Eighth District Court Clerk